UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO. 1:20-mj-00401 |
| | ) |
| TONY CUSHINGBERRY-MAYS, | ) |
| | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 1111<br>Murder in the Second Degree | NMT Life | $250,000 | NMT 5 years |
| 2 | 18 U.S.C. § 111(a)(1) and (b)<br>Assaulting, Resisting or Impeding Certain Officers or Employees | NMT 20 years | $250,000 | NMT 3 years |
| 3 | 18 U.S.C. § 924(c)(1)(A)(iii)<br>Discharging a Firearm during and in Relation to a Crime of Violence | NLT 10 years – NMT Life | $250,000 | NMT 5 years |

Dated: _____    _____
                                  Tony Cushingberry-Mays
                                  Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana