AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) |
| v. | ) |
|  | ) Case No. 1:20-mj-00401 |
|  | ) |
| TONY CUSHINGBERRY-MAYS | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TONY CUSHINGBERRY-MAYS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Murder in the Second Degree, in violation of 18 U.S.C. § 1111.
Count 2: Assaulting, Resisting or Impeding Certain Officers or Employees, in violation of 18 U.S.C. § 111(a)(1) and (b).
Count 3: Discharging a Firearm during and in Relation to a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

Date: April 29, 2020

*Signature*

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

City and state: Indianapolis, Indiana

---

### Return

This warrant was received on *(date)* 4-30-2020, and the person was arrested on *(date)* 4-28-2020
at *(city and state)* Indianapolis, IN.

Date: 4-30-2020

*Arresting officer's signature*

J.J. De St Jean, Postal Inspector
*Printed name and title*